IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:09CR13-15

| | |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| ERIN MARIE RENISON. | ) | |
| _____ | ) | |

**THIS MATTER** is before the court upon Robert C. Carpenter's Motion to Withdraw as Counsel. Having considered Robert C. Carpenter's Motion to Withdraw as Counsel and reviewed the pleadings, and it appearing that good cause has been shown for the relief sought, that the defendant has retained counsel and, as a result the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Robert C. Carpenter's Motion to Withdraw as Counsel is **GRANTED,** and Robert C. Carpenter is RELIEVED from further representation of defendant in this matter.

Signed: March 3, 2009

_____
Dennis L. Howell
United States Magistrate Judge