# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL CASE NO. 1:09cr13-15

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ERIN MARIE RENISON. ) | |

**THIS MATTER** is before the Court on the Government's Rule 35 Motion [Doc. 524].

The Court finds, for the reasons stated in the motion, that it should be granted.

**IT IS, THEREFORE, ORDERED** that the Defendant's sentence is hereby reduced to a term of sixty-three (63) months imprisonment with all other terms and provisions of the Judgment of Conviction in a Criminal Case [Doc. 309] to remain the same.

The Clerk of Court is instructed to provide a copy of this Order to the United States Attorney General and the Bureau of Prisons.

Signed: June 11, 2010

Martin Reidinger
United States District Judge